1  MARK J. CONNOT (10010)
   KEVIN M. SUTEHALL (9437)
2  LUCY C. CROW (15203)
   **FOX ROTHSCHILD LLP**
3  1980 Festival Plaza Drive, #700
   Las Vegas, Nevada 89135
4  (702) 262-6899 tel
   (702) 597-5503 fax
5  mconnot@foxrothschild.com
   ksutehall@foxrothschild.com
6  lcrow@foxrothschild.com
   *Attorneys for Defendant Telecheck*
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 CHARLENE TIBBS,                         Case No.: 2:20-cv-00147-APG-VCF

11          Plaintiff,
        v.                                 **STIPULATION AND ORDER TO
12                                         EXTEND DEADLINE TO RESPOND TO
   CAPITAL ONE; EARLY WARNING;             COMPLAINT (FIRST REQUEST)**
13 TELECHECK; AND WELLS FARGO,

14          Defendants.

15

16      **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff

17 Charlene Tibbs ("Plaintiff") and Defendant Telecheck Services, Inc., sued as "Telecheck"

18 ("Telecheck"), by and through their undersigned counsel, that the time for Telecheck to respond

19 to the Complaint on file herein (ECF No. 1) shall be extended by 14 days.

20      **IT IS FURTHER STIPULATED AND AGREED** that Telecheck shall file and serve

21 its response to the Complaint on or before April 29, 2020.

22 DATED this 15th day of April, 2020         DATED this 15th day of April, 2020

23 **FOX ROTHSCHILD LLP**                     **KNEPPER & CLARK LLC**

24
   */s/ Kevin M. Sutehall*                   */s/ Miles N. Clark*
25 MARK J. CONNOT (10010)                    MATTHEW I. KNEPPER (12796)
   KEVIN M. SUTEHALL (9437)                  MILES N. CLARK (13848)
26 LUCY C. CROW (15203)                      5510 S. Fort Apache Rd., Ste. 30
   1980 Festival Plaza Drive, #700           Las Vegas, Nevada 89148-7700
27 Las Vegas, Nevada 89135                   (702) 856-7430 tel
   (702) 262-6899 tel                        (702) 447-8048 fax
28 (702) 597-5503 fax                        matthew.knepper@knepperclark.com
   mconnot@foxrothschild.com                 miles.clark@knepperclark.com

1  ksutehall@foxrothschild.com
   lcrow@foxrothschild.com
2  *Attorneys for Defendant Telecheck*

**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER (9086)
8985 S. Eastern Ave., Ste. 350
Henderson, Nevada 89123
(702) 880-5554 tel
(702) 385-5518 fax
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 4-16-2020 _____