1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *Capital One , N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE TIBBS, | CASE NO.  2:20-cv-00147-APG-VCF |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR CAPITAL ONE, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| CAPITAL ONE; EARLY WARNING; TELECHECK AND WELLS FARGO; | |
| Defendants. | (First Request) |

The response of Defendant Capital One, N.A. ("Capital One") to Plaintiff Charlene Tibbs' complaint currently is due April 16, 2020.  Capital One has requested, and Plaintiff has agreed, that Capital One has up to and including April 30, 2020 to respond to Plaintiff's complaint, to provide time for Capital One to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution.

*[Continued on following page.]*

DMWEST #40068871 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 15, 2020

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ Miles Clark |
| Joel E. Tasca | Matthew I. Knepper |
| Nevada Bar No. 14124 | Nevada Bar No. 12796 |
| Lindsay Demaree | Miles Clark |
| Nevada Bar No. 11949 | Nevada Bar No. 13848 |
| 1980 Festival Plaza Drive, Suite 900 | 5510 S. Fort Apache Rd., Suite 30 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89148 |
| | |
| *Attorneys for Defendant* | David H. Krieger |
| *Capital One, N.A.* | Nevada Bar No. 9086 |
| | Shawn W. Miller |
| | Nevada Bar No. 7825 |
| | KRIEGER LAW GROUP LLC |
| | 2850 W. Horizon Ridge Pkwy, Suite 200 |
| | Henderson, Nevada 89052 |
| | |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-17-2020