Kelly H. Dove, NV Bar 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

Kiah D. Beverly-Graham, NV Bar 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLENE TIBBS,<br><br>         Plaintiff,<br><br>vs.<br><br>CAPITAL ONE; EARLY WARNING; TELECHECK; AND WELLS FARGO,<br><br>         Defendants. | Case No. 2:20-cv-00147-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO MAY 1, 2020**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Charlene Tibbs ("Plaintiff") and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo ("Wells Fargo", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on January 22, 2020;

Wells Fargo was served with the Complaint on March 27, 2020;

Wells Fargo's deadline to respond to the Complaint is currently April 17, 2020; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give

Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through May 1, 2020.

Dated: April 17, 2020

**KNEPPER & CLARK LLC**

By: */s/ Matthew I. Knepper*
Matthew I. Knepper, Esq. NV Bar 12796
Miles N. Clark, Esq. NV Bar 13848
5510 S. Fort Apache Rd, Suite 300
Las Vegas, NV 89148-7700

**AND**

**HAINES & KRIEGER, LLC**
David H. Krieger, Esq. NV Bar 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Charlene Tibbs*

Dated: April 17, 2020.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham*
Kelly Dove, Esq.
Kiah D. Beverly-Graham, Esq.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-20-2020

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 17, 2020.

                 */s/ Lara J. Taylor*
                 An Employee of Snell & Wilmer L.L.P.