MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
LUCY C. CROW (15203)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
lcrow@foxrothschild.com
*Attorneys for Defendant Telecheck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLENE TIBBS,<br><br>　　　　　Plaintiff,<br>v.<br><br>CAPITAL ONE; EARLY WARNING; TELECHECK; AND WELLS FARGO,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00147-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Plaintiff Charlene Tibbs ("Plaintiff") and Defendant Telecheck Services, Inc., sued as "Telecheck" ("Telecheck") (together the "Parties"), by and through their undersigned counsel, as follows:

On January 22, 2020, Plaintiff filed a Complaint (the "Complaint") in the above-entitled Court. (ECF No. 1)

On April 16, 2020, the Court entered an Order extending the deadline for Telecheck to respond to the Complaint to April 29, 2020. (ECF No. 14)

The Parties have agreed to further extend the deadline for Telecheck to respond to the Complaint by an additional 14 days to allow the Parties to explore settlement. This request is not intended to cause delay or prejudice any party.

/ /

/ /

/ /

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that the time for Telecheck to respond to the Complaint is extended to May 13, 2020.

DATED this 27th day of April, 2020

**FOX ROTHSCHILD LLP**

*/s/ Kevin M. Sutehall*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
LUCY C. CROW (15203)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
lcrow@foxrothschild.com
*Attorneys for Defendant Telecheck*

DATED this 27th day of April, 2020

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
MATTHEW I. KNEPPER (12796)
MILES N. CLARK (13848)
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, Nevada 89148-7700
(702) 856-7430 tel
(702) 447-8048 fax
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER (9086)
8985 S. Eastern Ave., Ste. 350
Henderson, Nevada 89123
(702) 880-5554 tel
(702) 385-5518 fax
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4-28-2020 _____