Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Capital One, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE TIBBS,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE; EARLY WARNING; TELECHECK AND WELLS FARGO;<br><br>　　　Defendants. | CASE NO. 2:20-cv-00147-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CAPITAL ONE, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

The response of Defendant Capital One, N.A. ("Capital One") to Plaintiff Charlene Tibbs' complaint currently is due May 14, 2020. Capital One has requested, and Plaintiff has agreed, that Capital One has up to and including May 28, 2020 to respond to Plaintiff's complaint, to provide time for the parties to review Plaintiff's account statements and continue their discussions about potential resolution.

*[Continued on following page.]*

DMWEST #40137149 v1

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

Dated: May 12, 2020

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Capital One, N.A.* | By: /s/ Miles Clark<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles Clark<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, Nevada 89148<br><br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP LLC<br>2850 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-15-2020