1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   5510 So. Fort Apache Rd, Suite 30
4  Las Vegas, NV 89148
   Phone: (702) 856-7430
5  Fax: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
   Email: miles.clark@knepperclark.com
7
   David H. Krieger, Esq.
8  Nevada Bar No. 9086
   KRIEGER LAW GROUP, LLC
9  2850 W. Horizon Ridge Parkway, Suite 200
   Henderson, NV 89052
10 Phone: (702) 848-3855, Ext. 101
11 Email: dkrieger@kriegerlawgroup.com

12 *Attorneys for Plaintiff*

13              **UNITED STATES DISTRICT COURT**

14              **DISTRICT OF NEVADA**

15 | CHARLENE TIBBS, | Case No. 2:20-cv-00147-APG-VCF |
16 | Plaintiff, | **STIPULATION OF DISMISSAL OF EARLY WARNING SERVICES, LLC, WITH PREJUDICE** |
17 | v. | |
18 | CAPITAL ONE; EARLY WARNING SERVICES, LLC; TELECHECK; and WELLS FARGO, N.A., | Complaint filed:  January 22, 2020 |
19 | | |
20 | Defendants. | **ORDER** |
21 | | |

22     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

23 the parties have stipulated to the dismissal of Defendant Early Warning Services, LLC, from the

24 above captioned action, with prejudice.

25 //

26 //

27

28

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

Each party will bear its own fees and costs.

    IT IS SO STIPULATED.
Dated May 22, 2020.

| | |
|---|---|
| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **DURHAM JONES & PINEGAR**<br><br>/s/ *Shane W. Clayton*<br>Shane W. Clayton, Esq., SBN 8783<br>10785 W. Twain Avenue, Suite 200<br>Las Vegas, NV 89135<br>Email: sclayton@djplaw.com<br><br>**SMITH & SHAPIRO, PLLC**<br>Michael D. Rawlins, Esq., SBN 5467<br>3333 E. Serene, Ste. 130<br>Henderson, NV 89074<br>Email: mrawlins@smithshapiro.com<br><br>*Counsel for Defendant*<br>*Early Warning Services, LLC* |
| **BALLARD SPAHR LLP**<br><br>/s/ *Lindsay Demaree*<br>Joel E. Tasca, Esq., SBN 14124<br>Lindsay Demaree, Esq., SBN 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Email: tasca@ballardspahr.com<br>Email: demareel@ballardspahr.com<br><br>*Counsel for Defendant Capital One, N.A.* | **SNELL & WILMER LLP**<br><br>/s/ *Kiah D. Beverly-Graham*<br>Kelly H. Dove, Esq., SBN 10569<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: kdove@swlaw.com<br><br>Kiah D. Beverly-Graham, Esq., SBN 11916<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A.,*<br>*incorrectly named as Wells Fargo* |

**ORDER GRANTING STIPULATION OF DISMISSAL**
**OF EARLY WARNING SERVICES, LLC, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 22, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2