Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE TIBBS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE BANK, N.A.; TELECHECK; and WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00147-APG-VCF<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE BANK, N.A., WITH PREJUDICE**<br><br>Complaint filed: January 22, 2020 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Capital One Bank, N.A., from the above captioned action, with prejudice.

//

//

Each party will bear its own fees and costs.

    IT IS SO STIPULATED.
Dated May 29, 2020.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Lindsay Demaree* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Joel E. Tasca, Esq., SBN 14124<br>Lindsay Demaree, Esq., SBN 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Email: tasca@ballardspahr.com<br>Email: demareel@ballardspahr.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | *Counsel for Defendant Capital One, N.A.* |
| **SNELL & WILMER LLP**<br><br>/s/ *Kiah D. Beverly-Graham*<br>Kelly H. Dove, Esq., SBN 10569<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: kdove@swlaw.com<br><br>Kiah D. Beverly-Graham, Esq., SBN 11916<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A.,*<br>*incorrectly named as Wells Fargo* | |

### ORDER GRANTING STIPULATION OF DISMISSAL OF CAPITAL ONE BANK, N.A., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 29, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430