# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE TIBBS, | Case No.: 2:20-cv-00147-APG-VCF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant | |

In August 2020, the parties advised the court that they had settled this matter. ECF No. 43. On October 27, 202, they requested a deadline of December 28, 2020 to file a stipulation of dismissal. ECF No. 44. The parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by January 22, 2021, the parties shall file either a stipulation of dismissal or a status report. The failure to do so may result in dismissal of this case without further notice.

DATED this 6th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE