# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE TIBBS,<br><br>    Plaintiff<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant | Case No.: 2:20-cv-00147-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

In August 2020, the parties advised the court that they had settled this matter. ECF No. 43. On January 15, 2021, they requested a deadline of March 23, 2021 to file a stipulation of dismissal. ECF No. 46. That date has passed and the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by April 9, 2021, the parties shall file either a stipulation of dismissal or a status report. The failure to do so may result in dismissal of this case without further notice.

DATED this 29th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE